CHARLOTTE M. SCHLUTER, PETITIONER-PETITIONER, v.
FREDRIC E. SCHLUTER, DEFENDANT-RESPONDENT.

See same case below: *23 N. J. Super.* 409.

*Messrs. Jamieson & Walsh, Mr. Dougal Herr* and *Mr. Morris N. Hartman* for the petitioner.

*Mr. Ellis L. Pierson* and *Mr. Walter D. Van Riper* for the respondent.

March 16, 1953.   Denied.

FRANK BUCINO, ET AL., PLAINTIFFS-PETITIONERS, v.
ARTHUR C. MALONE, DEFENDANT-RESPONDENT.

*Mr. Frank G. Schlosser* for the petitioner.

March 16, 1953.   Granted.